Submitted on record and briefs December 5, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NICHOLAS HENRY BERNERT,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR0513452; A131330

174 P3d 1106

Steven Griffin filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Rodriguez,* 217 Or App 24, 175 P3d 471 (2007).